```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHARON MAHN,                                      :
                                                  :
                               Plaintiff,         :
         -against-                                :    1:24-cv-8326-GHW
                                                  :
ALLEGIS GROUP, INC., *et al.*,                    :       ORDER
                                                  :
                               Defendants.        :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The following deadlines are hereby ordered for the reasons stated on the record during the telephone conference held on December 19, 2024.

First, Defendant's deadline to answer or otherwise respond to the complaint is extended to January 27, 2025. The deadline is extended because the Court understands that Plaintiff intends to amend the complaint as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1).

Second, the deadline for Plaintiff to submit any supplemental letter regarding her right to amend the complaint as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1) is December 20, 2024, at 5:00 p.m.

Third, Plaintiff's motion to disqualify attorneys David James Doyle and Daniel Steven Goldstein and the law firm Smith, Gambrell & Russell, LLP as counsel for Defendants is due by January 10, 2025. Defendants' opposition is due two weeks after the date of service of Plaintiff's motion. Plaintiff's reply, if any, is due one week after the date of service of Defendants' opposition.

SO ORDERED.

Dated: December 19, 2024
New York, New York
                                          _____
                                               GREGORY H. WOODS
                                            United States District Judge