UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sharon Mahn,<br><br>                    Plaintiff,<br><br>   -against-<br><br>Allegis Group, Inc. and<br>Major, Lindsey & Africa, LLC,<br><br>                    Defendants. | Docket No.: 24 Civ. 8326 (GHW)<br><br>**NOTICE OF MOTION TO DISQUALIFY** |

    PLEASE TAKE NOTICE that pursuant to this Court's Order of December 19, 2024 [ECF 20] and the New York State Rules of Professional Conduct, Plaintiff, Sharon Mahn moves to disqualify counsel for Defendants: the law firm of Smith Gambrell & Russell LLP ("Defense Firm"). In support of her Motion to Disqualify, Plaintiff states that the Defense Firm must be disqualified because two attorneys from that office, including one recently admitted here pro hac vice, are material witnesses on significant issues of fact. In further support hereof, Plaintiffs incorporate by reference and rely upon the arguments and authorities set forth in the accompanying Memorandum in Support of Plaintiff's Motion to Disqualify.

    PLEASE TAKE FURTHER NOTICE that answering papers, if any, shall be filed according to this Court's December 19, 2024 Order [ECF No. 20].

*   *   *

1

Dated: January 10, 2025
      New York, New York

                                   Respectfully submitted,

                                   Brazzano Law PLLC

                                   <u>/s/ Rebecca Brazzano</u>
                                   Rebecca Brazzano
                                   43 West 43rd Street, Ste. 264
                                   New York, NY 10036
                                   <u>RBrazzano@BrazzanoLaw.com</u>
                                   (516) 365-3812
                                   *Attorneys for Sharon Mahn*

3

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on January 10, 2025.

<u>/s/ Rebecca Brazzano</u>
Rebecca Brazzano
