```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
SHARON MAHN,                                                     :
                                                                 :
                                        Plaintiff,               :      1:24-cv-8326-GHW
                                                                 :
                -against-                                        :
                                                                 :      ORDER
ALLEGIS GROUP, INC., *et al.*,                                   :
                                                                 :
                                        Defendants.              :
                                                                 :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On June 30, 2025, Defendants filed a letter pursuant to the Court's Individual Rule 2(E) requesting a pre-motion conference in connection with an anticipated motion to dismiss Plaintiff's Second Amended Complaint. Dkt. No. 48. The pre-motion conference requirement provided in Rule 2(E) is waived with respect to Defendants' anticipated motion to dismiss the Second Amended Complaint. Defendants are granted leave to file the motion.

The briefing schedule corresponding to Defendants' anticipated motion to dismiss the Second Amended Complaint is as follows: Defendants' motion to dismiss is due by July 21, 2025; Plaintiff's opposition is due two weeks after the date of service of Defendants' motion; and Defendants' reply, if any, is due one week after the date of service of Plaintiff's opposition.

SO ORDERED.

Dated: June 30, 2025
New York, New York                                         _____
                                                           GREGORY H. WOODS
                                                           United States District Judge