**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SHARON MAHN,

                         Plaintiff,

       -against-                            24 **CIVIL** 8326 (GHW)

                                                **JUDGMENT**

ALLEGIS GROUP, INC., et al.,

                        Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated December 22, 2025, Defendants'

motion to dismiss is GRANTED; accordingly, judgment is entered in favor of Defendants on all

counts and the case is closed.

**Dated:** New York, New York

       December 23, 2025

                                      **TAMMI M. HELLWIG**

                                         **Clerk of Court**

                         **BY:**

                                       **Deputy Clerk**